UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD HILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DON PONNER, et al.,<br><br>　　　　Defendants. | Case No. 18-05267 EJD (PR)<br><br>**ORDER OF TRANSFER** |

On August 28, 2018, Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Fresno County Superior Court Judges Don Ponner, W. Hamlin and Arian Harrell. (Docket No. 1.) Plaintiff alleges that Defendants issued an invalid "No Bail Hold" warrant and requests this Court to lift the warrant an order compensatory damages. The Defendants in this action are all located in Fresno County. The underlying facts occurred in Fresno County which is located in the Eastern District of California. For the foregoing reasons, the Court orders this matter be **TRANSFERRED** to the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 10/22/2018

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge