# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD HILL,<br><br>    Plaintiff,<br><br>v.<br><br>DON PONNER, et al.,<br><br>    Defendants. | CASE NO. 1:18-cv-01471-DAD-SKO<br><br>**ORDER ON PLAINTIFF'S MOTION FOR COURT ORDER**<br><br>**(Doc. 14)** |

Plaintiff, Mark Edward Hill, is a prisoner in the custody of San Mateo County Jail in Redwood City, California. On December 26, 2018, Plaintiff filed a motion seeking a court order ordering the San Mateo County Jail to withdraw funds from Plaintiff's prison trust account and forward those payments to the Clerk of Court for the U.S. District Court for the Eastern District of California (the "Motion"). (Doc. 14.)

On October 29, 2018, following an order from the U.S. District Court for the Northern District of California transferring the case to the Eastern District (Doc. 11), the undersigned granted Plaintiff's motion to proceed *in forma pauperis*. (Doc. 13.) Although the undersigned granted Plaintiff's request to proceed without paying the filing fee, the order also states:

> The Sheriff of the Maguire Correctional Facility or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time

the amount in the account exceeds $10, in accordance with 28 U.S.C. 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and number assigned to this action.

(Doc. 13 at 2.) According to Plaintiff's Motion, $56 was deposited in his prison trust account in November 2018, but the "jail cashier" has not withdrawn any money despite his submission of several "inmate request forms" requesting the "jail cashier" withdraw funds and submit them to the Clerk of Court. In view of Plaintiff's representations that his prison trust account balance exceeds $10, it is HEREBY ORDERED that:

1. Plaintiff's motion for an order to withdraw funds from his prison trust account and submit those funds to the Clerk of Court for the U.S. District Court for the Eastern District of California (Doc. 14), is GRANTED;

2. Within twenty-one (21) days of the date of this order, the Sheriff of the Maguire Correctional Facility or his or her designee is directed to ensure that payments are properly withdrawn from Plaintiff's prison trust account and timely forwarded to the Clerk of Court in accordance with this Court's October 29, 2018 order granting Plaintiff's application to proceed *in forma pauperis* (Doc. 13), or in the alternative, submit a statement to the Court as to why it cannot withdraw the funds from Plaintiff's prison trust account;

3. The Clerk of Court is directed to serve a copy of this order, a copy of Plaintiff's Motion (Doc. 14), and a copy of the order granting Plaintiff's *in forma pauperis* application (Doc. 13), on the Sheriff of the Maguire Correctional Facility.

IT IS SO ORDERED.

Dated: **January 3, 2019**     /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE