# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>DON PONNER, et al.,<br><br>        Defendants. | CASE NO. 1:18-cv-01471-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>**(Docs. 18)** |

    Plaintiff, Mark Edward Hill, is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2019, Plaintiff filed a motion to extend time to file his amended complaint by thirty days. (Doc. 18.) Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days in which to file his amended complaint. Plaintiff's amended complaint shall be filed **no later than March 18, 2019.**

IT IS SO ORDERED.

Dated:   **February 4, 2019**           /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE